FILED
October 29, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )   Case No. 2:08-mj-379 KJM
              Plaintiff,        )
v.                              )   ORDER FOR RELEASE
                                )   OF PERSON IN CUSTODY
Qi Jin Chen,                    )
                                )
              Defendant.        )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  Qi Jin Chen  Case 2:08-mj-379 KJM  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    X    Unsecured bond in the amount of $100,000

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    X    (Other) Probation conditions/supervision; surrender passport; travel restrictions

Issued at  Sacramento, CA  on 10/29/08  at  4:05 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge